FILED
GREAT FALLS DIV.
2011 SEP 21 PM 4 23
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JONATHAN SILVERSKY and ERNEST WILCOCK, <br><br> Plaintiffs, <br><br> vs. <br><br> MIKE FERRITER, et al., <br><br> Defendants. | No. CV 11-17-GF-SEH <br><br> **ORDER** |

On August 30, 2011, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiffs did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 9.

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiffs' Complaint[2] is DISMISSED WITH PREJUDICE.

2. A certificate of appealability is DENIED. Any appeal would be taken in bad faith due to the frivolous nature of the issues raised.

3 The Clerk of Court is directed to enter judgment accordingly.

DATED this 21st day of September, 2011.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.